| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:19-CR-153
§
JEFFERY SCOTT HIGGINBOTHAM §

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to proceed. Judge Giblin concluded that the defendant is competent under 18 U.S.C. § 4241.

The parties have not filed objections to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to proceed (#21) is ADOPTED. The Court further ORDERS and FINDS that defendant, Jeffery Scott Higginbotham, is competent pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from November 22, 2019, the date of Judge Giblin's order directing a mental examination (#15), through the date of this order.

SIGNED at Beaumont, Texas, this 22nd day of July, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE